**BOIES, SCHILLER & FLEXNER LLP**

575 LEXINGTON AVENUE • 7TH FLOOR • NEW YORK, NY 10022 • PH. 212.446.2300 • FAX 212.446.2350

May 11, 2010

**VIA HAND DELIVERY AND ECF**

Honorable Steven M. Gold
United States Magistrate Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    Drug Mart Pharmacy Corp., et al. v. American Home Products, et al.
               No. 93-CV-5148 (ILG) (SMG) (E.D.N.Y.)

Dear Judge Gold:

      Pursuant to the Court's Order of March 25, 2010, we write on behalf of Plaintiffs to update the Court on the status of this matter and to provide a summary of the issues to be addressed at the upcoming Status Conference on May 18, 2010. As set forth in greater detail below, we have made some progress with the Manufacturer Defendants and now have selected the 30 Plaintiffs, but we are at a standstill with CVS/Caremark in regard to the lost customer matching process. This, in turn, has delayed the matching process with the other favored purchasers, and now that the 30 Plaintiffs are selected, it creates a bottleneck for the entire case to move forward.

*Selection of 30 Plaintiffs*

      As instructed by the Court, after the March 24, 2010 status conference the parties held two meet and confer sessions to discuss various proposals for the selection of 30 Plaintiffs to proceed to trial. The parties were unable to reach agreement on any proposal other than random selection. We then agreed upon a protocol to conduct the random selection and on May 10, 2010, the parties met and performed the random selection. A list of the 30 randomly selected Plaintiffs is attached hereto as Attachment A.

*CVS/Caremark*

      The unresolved issues between Plaintiffs and CVS/Caremark are set forth in their respective letters filed with the Court on April 27 and May 3, 2010. As set forth therein, there is simply no reason for CVS/Caremark to delay this task any longer and we request that the Court enter an Order at our upcoming conference: (i) requiring CVS/Caremark to provide a search protocol tailored to provide all of the requested information for the 30 Plaintiffs; (ii) requiring CVS/Caremark to participate in a meet and confer regarding any unresolved questions or issues

BOIES, SCHILLER & FLEXNER LLP

Hon. Steven M. Gold
May 11, 2010
Page 2

with the inclusion of IT professionals; and (iii) setting a date for the completion of CVS/Caremark's obligations to respond to the potential lost customer discovery.

### *Defendants Production of Contracts*

The Manufacturer Defendants have yet to certify their completion of production of contracts with certain previously identified favored purchasers. At the request of the Manufacturer Defendants, Plaintiffs provided a detailed list of subsidiaries and affiliates of the relevant favored purchasers so that the Manufacturer Defendants could further focus their production efforts. The Manufacturer Defendants raised issues regarding the scope and timing of production of contracts for the identified entities and a meet and confer took place yesterday. Discussions are ongoing regarding these issues and we are hopeful that we will resolve these issues without assistance from the Court.

### *Next Steps*

At the March 24 conference, the Court concluded that Plaintiffs' request for the entry of a Scheduling Order for the completion of pre-trial work was premature due to the lack of an agreement regarding which Plaintiffs would move forward. Now that the parties have selected the 30 Plaintiffs to proceed to trial, the time is right to set a schedule for the completion of remaining discovery so that these cases may be deemed trial ready. Due to the complexities of these cases and the numerous parties, it may be appropriate for the Court to require the parties to hold promptly a Rule 26(f) conference for the purpose of seeking to reach an agreement regarding the scope and timing of all remaining discovery and if the parties are unable to reach agreement, the Court should hold a conference in June to resolve any remaining issues and set a pre-trial schedule.

Respectfully yours,

Nicholas A. Gravante, Jr.

Enclosure
cc: Counsel for Defendants (via ECF)

# Attachment A

*Drug Mart Pharmacy Corporation et al. v. American Home Products*
1:93-cv-05148-ILG-SMG

| NO. | RANDOM NO. SELECTED | LEGAL NAME OF PHARMACEUTICAL ENTITY | NCPDP | TRADENAME | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|
| 1 | 102 | ACKAL'S IBERIA PHARMACY, INC. | 1908322 | ACKAL'S PHARMACY | NEW IBERIA | LA | 70562-2311 |
| 2 | 724 | BERNIE'S PHARMACY, INC. | 0201323 | BERNIE'S PHARMACY | ANCHORAGE | AK | 99508 |
| 3 | 479 | DISCOUNT DRUGS OF ELLIJAY, GA, INC. | 1131488 | VALU-RITE DISCOUNT PHARMACY, FORMERLY D/B/A WAL-MART | DALTON | GA | 30720 |
| 4 | 361 | NORTHPARK PHARMACY, LTD. | 1915896 | ACADIANA EAST PHARMACY | RAYNE | LA | 70578 |
| 5 | 378 | RICKMAN & HAILE, INC. | 4401004 | PERKINS DRUGS | GALLATIN | TN | 37066 |
| 6 | 712 | MARJORIE H. LAMAR | 0713467 | MADISON DRUG COMPANY | MADISON | VA | 22727 |
| 7 | 98 | PELTA DRUG, INC. | 2115841 | JAMES PHARMACY | BALTIMORE | MD | 21230 |
| 8 | 374 | MILLER DRUGS, INC. | 1903043 | MILLER DRUGS | OPELOUSAS | LA | 70570 |
| 9 | 401 | CREECH DRUG CO., INC | 3410874 | CREECH DRUG CO., INC | SELMA | NC | 27576 |
| 10 | 196 | LIVELY DRUG CO., INC. | 3320001 | LIVELY DRUG CO., INC. | LIVELY | VA | 22507 |
| 11 | 36 | TRIANGLE PHARMACY, INC. | 3656379 | TRIANGLE PHARMACY, INC. | RAVENNA | OH | 44266 |
| 12 | 58 | GRAVES DRUG STORE EMPORIA, INC. | 1702251 | GRAVES DRUG STORE | EMPORIA | KS | 66801 |

| NO. | RANDOM NO. SELECTED | LEGAL NAME OF PHARMACEUTICAL ENTITY | NCPDP | TRADENAME | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|
| 13 | 521 | MATTHEW E. LEON | 3704005 | WEST END PHARMACY | ALLENTOWN | PA | 18104 |
| 14 | 303 | KLEIN'S PHARMACY & ORTHOPEDIC APPLIANCES | 3605675 | KLEIN'S PHARMACY | CUYAHOGA FALLS | OH | 44223 |
| 15 | 465 | J. T. LINDSEY | 1116549 | OMEGA PHARMACY | OMEGA | GA | 31775 |
| 16 | 260 | CASH & HENDERSON DRUGS, INC. | 4203129 | CASH & HENDERSON DRUGS | CHESNEE | SC | 29323 |
| 17 | 406 | RANDOLPH F SPAINHOUR | 3426663 | MAPLE HILL PHARMACY | BURGAW | NC | 28425 |
| 18 | 526 | WASCHKO'S PHARMACY, INC. | 3918200 | WASCHKO'S PHARMACY, INC. | HAZELTON | PA | 18201 |
| 19 | 193 | DAVID W. GARBER | 4810227 | FISHBURNE PHARMACY | WAYNESBORO | VA | 22980 |
| 20 | 382 | COLLINWOOD DRUGS | 4425890 | COLLINWOOD DRUGS | COLLINWOOD | TN | 38450 |
| 21 | 33 | MONROE PHARMACY, INC. | 3608392 | MONROE PHARMACY | TOLEDO | OH | 43606 |
| 22 | 227 | DEE-CAR INC. | 1019620 | MEDICAL III PHARMACY | PLANTATION | FL | 33317 |
| 23 | 670 | PHARMA-CARD, INC. | 1525053 | PHARMA-CARD PRESCRIPTION SERVICES | VALPARAISO | IN | 46383 |
| 24 | 387 | THRIFTY DRUG STORE, INC | 2700208 | THRIFTY DRUG | ANACONDA | MT | 59711 |
| 25 | 426 | HARRAH PHARMACY, INC. | 0316769 | HARRAH PHARMACY | HARRAH | OK | 73045 |
| 26 | 626 | R.H. MOORE DRUG COMPANY OF FRANKLIN, INC. | 1804726 | R.H. MOORE DRUG COMPANY OF FRANKLIN, INC. | FRANKLIN | KY | 42135-0387 |
| 27 | 792 | THE TROUTMAN DRUG CO. | 3121528 | THE TROUTMAN DRUG CO. | NILES | OH | 44446 |
| 28 | 411 | FAMILY PRESCRIPTION CENTER, INC. | 3907485 | FAMILY PRESCRIPTION CENTER, INC. | BETHLEHEM | PA | 18013 |
| 29 | 146 | FELDMAN, INC. | 0705674 | DRUG CENTER OF NEWTOWN | NEWTOWN | CT | 6470 |

| NO. | RANDOM NO. SELECTED | LEGAL NAME OF PHARMACEUTICAL ENTITY | NCPDP | TRADENAME | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|
| 30 | 341 | MAPLE AVENUE PHARMACY, INC. | 1046083 | MAPLE AVENUE PHARMACY | EUNICE | LA | 70535 |